UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

UNITED STATES OF AMERICA,

                Plaintiff,

       v.                                      Case No. 14-CR-83

ERICK SANCHEZ-PULIDO and
ISRAEL SANCHEZ-PULIDO,

                Defendants.

_____

**ORDER OF DEFAULT JUDGMENT
ON BOND FORFEITURE AGREEMENTS SECURED BY
PAYMENT NOTES AND MORTGAGE ON REAL PROPERTY**

_____

       This cause having come before this Court upon plaintiff's Motion for Entry of Default Judgment on Bond Forfeiture Agreements Secured by Payment Notes and Mortgage on Real Property, and the Court being fully informed, hereby finds as follows:

       (a)    On or about March 21, 2014, defendants Erick Sanchez-Pulido and Israel Sanchez-Pulido were each released on an appearance bond secured by both $315,000 notes executed by each defendant, as well as real property located at 2021 Dodge Avenue, Evanston, Illinois owned by defendant Erick Sanchez-Pulido.

       (b)    Pursuant to the terms of their appearance bonds, failure of the defendants to comply with the terms of the release order bond allows the United States to seek forfeiture of the appearance bonds and execute on the notes and real property posted as security for the appearance bond.

(c) Pursuant to the terms of the release order, defendants Erick Sanchez-Pulido and Israel Sanchez-Pulido were released from custody and directed to comply with the conditions of their release, including the condition that they appear in court as directed.

(d) Defendants Erick Sanchez-Pulido and Israel Sanchez-Pulido violated the terms of their release orders, as well as the conditions of their bonds, when both failed to appear in Court as directed on April 9, 2014. Warrants were issued for the both of the defendants' arrest that same day.

(e) On February 15, 2018, this Court declared both defendants' appearance bonds forfeited. The present whereabouts of defendants is unknown and there is reason to believe that they both have fled the jurisdiction of the Court. Efforts by the U.S. Marshal's Service to locate the defendants have been unsuccessful.

(f) Notice of the United States' Motion for Entry of Default Judgment on Bond Forfeiture Agreements Secured by Payment Notes and Mortgage on Real Property was served upon defendants Erick Sanchez-Pulido and Israel Sanchez-Pulido at their last known addresses and via their attorneys.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. A default judgment in the amount of $315,000, the full amount of the note posted as security for his appearance bond, be entered against defendant Erick Sanchez-Pulido;

2. A default judgment in the amount of $315,000, the full amount of the note posted as security for his appearance bond, be entered against defendant Israel Sanchez-Pulido;

3. The real property commonly known as 2021 Dodge Avenue, Evanston, Illinois, posted as security for the appearance bonds of both defendants Erick Sanchez-Pulido and Israel Sanchez-Pulido's bond, is hereby forfeited and shall be disposed of according to law;

4. The United States Marshal Service shall seize and sell the real property described above;

5. The proceeds of the sale of the real property shall be forwarded to the Clerk of the Court for the Eastern District of Wisconsin and credited in partial satisfaction of the outstanding judgments against both defendants, Erick Sanchez-Pulido and Israel Sanchez-Pulido, and disposed of according to law; and

6. This Court shall retain jurisdiction of this matter to enter any orders necessary to effect the sale and disposition of the real property.

Dated at Milwaukee, Wisconsin, this 29th, day of March, 2018.

APPROVED:

s/Lynn Adelman
Honorable LYNN ADELMAN
United States District Court

Judgment entered this 30th day of March, 2018.

STEPHEN C. DRIES
Clerk of Court

By:
s/L.Smith
Deputy Clerk